IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEAN DESROSES, #M02409,
    Plaintiff,

vs.                                         Case No.: 5:14cv166/RV/EMT

GALINA KATS-KAGAN,
    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 21, 2014 (doc. 4). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections (doc. 5).

    Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Pursuant to 28 U.S.C. § 1915(g), this cause is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's initiating a new cause of action accompanied by payment of the $400.00 filing fee in its entirety.

    3.    The motion to proceed in forma pauperis (doc. 2) is **DENIED as moot**.

**DONE AND ORDERED** this 25th day of July 2014.

                                /s/ Roger Vinson
                              **ROGER VINSON**
                              **SENIOR UNITED STATES DISTRICT JUDGE**